DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC KEMPER,**
Appellant,

v.

**INFINITY WINDOWS DOORS & ROOFING CORP.,**
Appellee.

No. 4D2024-2728

[February 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Tabitha Eves, Judge; L.T. Case No. COWE23000693.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Miguel J. Gonzalez and Ian T. Kravitz of Malka & Kravitz, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***